## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SALVADOR CALAM BORCEL, by
and through their next friend,
Stacey Richards, et al.,**

      **Petitioners,**

    **v.**　　　　　　　　　　　　　　　　　**CIVIL NO. 1:26-CV-61**
　　　　　　　　　　　　　　　　　　　　　　　**(KLEEH)**

**ACTING DIRECTOR, UNITED
STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,**

      **Respondents.**

### ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Petitioners filed a notice of voluntary dismissal.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: June 4, 2026

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA